February 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ALLEN PARKER COMPANY, Appellant

NO. 14-11-00027-CV                    V.

TRUSTMARK NATIONAL BANK, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Trustmark National Bank, signed December 17, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Trustmark National Bank, to pay all costs incurred in this appeal. We further order this decision certified below for observance.